IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUNG HA,

    Plaintiff,

v.

REGENTS OF UNIVERSITY OF CALIFORNIA,

    Defendant.

No. C 15-mc-80269 JSW

**ORDER RE PRE-FILING REVIEW OF COMPLAINT AND DISMISSING COMPLAINT**

The Court is under the obligation to pre-review the complaint filed by Hung Ha November 10, 2015. On July 29, 2010, in *Ha v. U.S. Attorney General*, C 09-05281 JL, Plaintiff was declared a vexatious litigant. The order declaring Ha a vexatious litigant was affirmed by the Ninth Circuit Court of Appeals on June 27, 2011. Therefore, before filing any more actions of a similar nature, Ha must seek leave of court. The allegations in Ha's complaint filed on November 10, 2015 fail to state any non-frivolous, non-duplicative claim. Therefore, leave to file is DENIED and this matter is DISMISSED. The Clerk of the Court is ordered not to file the complaint. Plaintiff's application to proceed *in forma pauperis* and application for leave to e-file are DENIED as moot. No further filings shall be entertained in this case.

**IT IS SO ORDERED.**

Dated: December 18, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE